IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-04049-FJG-1 |
| | ) | |
| Christopher Wayne Sullivan, | ) | |
|       Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William A. Knox (Doc. #20 filed on March 20, 2012), to which no objection has been filed, the plea of guilty to Count 1 of the Indictment which was filed on September 29, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                 **/s/ Fernando J. Gaitan, Jr.**
                                                 Fernando J. Gaitan, Jr.
                                                 Chief United States District Judge

Dated: April 16, 2012
Kansas City, Missouri